**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv357**

| | | |
|---|---|---|
| **TAMMY FLINT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **PROGRESSIVE DIRECT INSURANCE** | ) | |
| **COMPANY, d/b/a PROGRESSIVE** | ) | |
| **PREMIER INSURANCE COMPANY** | ) | |
| **OF ILLINOIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the court on the joint Notice of Consent to Remand. Having considered the joint notice and reviewed the pleadings, and finding that good cause has been shown for the proposed relief and that remand to state court is appropriate under 28, United States Code, Section 1447(c), to wit, that diversity is lacking inasmuch as the amount in controversy does not now appear to exceed the jurisdictional threshold of an amount in excess of $75,000.00.  The court, therefore, enters the following Order.

**ORDER**

    **IT IS, THEREFORE, ORDERED** that the joint Notice of Consent to Remand (#6) is **GRANTED,** and this action is respectfully remanded to the North Carolina General Court of Justice, Superior Court Division, Cleveland County, North Carolina, with the parties bearing their own costs in both removal and remand.

The November 5, 2009, hearing in this matter is **CANCELLED**.

Signed: November 4, 2009

Dennis L. Howell
United States Magistrate Judge